COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 02-11-00053-CV

IN RE MELVIN JOE STEVENSON                              RELATOR

-----------

ORIGINAL PROCEEDING

-----------

**MEMORANDUM OPINION**[1]

-----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED: March 15, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).